```
                   UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF TENNESSEE
                        NASHVILLE DIVISION
```

KELLY BROWN,                    )
                                )
    Plaintiff,                  )
                                )
        v.              )   NO.  3:10-0895
                                )   Judge Haynes/Bryant
CAREHERE, LLC,                  )
                                )
    Defendant.                  )

## O R D E R

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 4).

An initial case management conference is set for **Monday, December 6, 2010,** at **11:30 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to December 6, 2010.

It is so **ORDERED**.

                                        s/ John S. Bryant
                                        JOHN S. BRYANT
                                        United States Magistrate Judge