```
                UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

KELLY BROWN,                      )
                                  )
    Plaintiff,                    )
                                  )
          v.                 )   NO.  3:10-0895
                                  )   Judge Haynes/Bryant
CAREHERE, LLC,                    )
                                  )
    Defendant.                    )

## **O R D E R**

Nonparty mediator Tracy Shaw has filed a report (Docket Entry No. 11) stating that the parties have participated in mediation and have resolved by agreement all issues in this case.

The parties shall file a stipulation and proposed order of dismissal upon consummation of their settlement and, in any event, by **April 25, 2011**.

The Clerk is directed to return this file to the District Judge pending receipt of the parties' stipulation and proposed order of dismissal.

It is so **ORDERED**.

                                            s/ John S. Bryant
                                            JOHN S. BRYANT
                                            United States Magistrate Judge