IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KELLY BROWN, | ) | |
|---|---|---|
| Plaintiff, | ) ) | NO. 3:10-0895 |
| | ) | JUDGE HAYNES |
| v. | ) ) | |
| CAREHERE, LLC, | ) ) | |
| Defendant. | ) ) | |

## ORDER

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

ENTERED this the 31st day of March, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge