IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KELLY BROWN,                          )
                                      )
        Plaintiffs,                   )
                                      )       No.  3:10-0895
v.                                    )       JUDGE HAYNES
                                      )
CAREHERE, LLC,                        )
                                      )
        Defendant.                    )

## O R D E R

Upon the parties' stipulation of dismissal (Docket Entry No. 15) and pursuant to Rule

41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED with**

**prejudice**.  Each party shall bear its own costs.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 5th day of May, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge